UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON WESTBROOK,

                Plaintiff,

   v.

DR. STEVE HAMMOND, PAC ED LOPEZ, KATHY RENINGER, and JOHN AND JANE DOE,

                Defendants.

No. C10-5392 BHS/KLS

ORDER DENYING MOTION FOR RULE 26(f) CONFERENCE

Before the court is Plaintiff's motion for a Rule 26(f) conference to ensure the parties present a joint status report. Because Plaintiff is a *pro se* prisoner, this proceeding is exempt from the initial disclosure requirement of Rule 26(a)(1)(B) and the discovery conference requirement of Rule 26(f). In addition, the parties' joint status report is not due until December 2, 2011. ECF No. 18. Thus, the parties will have ample opportunity to coordinate their efforts prior to that deadline.

Accordingly, Plaintiff's motion for a Rule 26(f) conference (ECF No. 20) is **DENIED**. The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

    **DATED** this  16th  day of March, 2011.

                                           Karen L. Strombom
                                           United States Magistrate Judge

ORDER - 1