UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON WESTBROOK,

    Plaintiff,

v.

DR. STEVE HAMMOND, ED LOPEZ, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, KATHY RENINGER, and JOHN AND JANE DOE,

    Defendants.

Case No. C10-5392BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 27. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment is **GRANTED**;

(3)     Plaintiff's federal claims are **DISMISSED** with prejudice; and

(4)     Plaintiff's state law claims are **DISMISSED** without prejudice.

DATED this 20th day of June, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER